IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Gabriela J. Wright _____, Plaintiff

v.

Douglas County School District _____,

_____,

_____, Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 06 2021
JEFFREY P. COLWELL
CLERK

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A.   **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Gabriela J. Wright  9735 Clubhouse Dr #226 Parker, Co 80138
(Name and complete mailing address)

303-710-5941   gabriela.j.wright@icloud.com
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Douglas County School District  620 Wilcox St Castle Rock Co 80104
(Name and complete mailing address)

303-387-0100
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

**X**  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

___  Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

___  Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___  Other: (*please specify*) _____

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert*

2

*additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: title 7 discrimination + retaliation

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_ failure to hire              \_\_\_ different terms and conditions of employment

\_\_\_ failure to promote          \_\_\_ failure to accommodate disability

_X_ termination of employment    _X_ retaliation

\_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

\_\_\_ race       \_\_\_ religion       _X_ national origin       \_\_\_ age

\_\_\_ color      \_\_\_ sex            \_\_\_ disability

Supporting facts: "See next page attached"

E.   **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

3

I was born in Poland and have a deep Eastern European voice/tone/accent. In my approximate 20 years of working with children at Douglas County Schools no one ever complained of my voice being a threat or creating an unsafe culture until this new principal, became employed at Frontier Valley Elementary in Parker, CO.  According to the saved voice recording that I have, per the Colorado State Unemployment office, I was fired on December 9, 2019 because of my voice and it was the understanding of Colorado State Unemployment that I was Polish and was fired due to no fault of my own. I have this saved message on a recording that this office left me. I held two positions at this school, under the supervision of the same principal, as health assistant fulltime and childcare work in the before and after school care parttime.

Almost daily I was reminded about my voice by this principal and when I confronted the principal and asked her very nicely not to mention my voice anymore, she then started with accusations that were very much exaggerated. I was written up for unwarranted/inaccurate interactions with the kids. I was placed on unwarranted administrative leave.  I asked to talk to HR after being placed on leave and they declined. I reported this matter to EEOC and HR at Douglas County Schools, acknowledges in an email they were aware I had contacted EEOC, but on December 9th they fired me anyway. They also did not have my final check ready for many days afterward. I had to call and ask for it, this is acknowledged also by HR in an e-mail. I also am banned from being allowed on all school grounds, like I am a criminal and I have friends/family I would like to attend functions with.

I have letters of praise from parents, staff, from many past years, as well as excellent reviews.  I believe I was discriminated against because of my National Origin (Polish) and retaliated against.

X Yes (*You must attach a copy of the administrative charge to this complaint*)

___ No

Have you received a notice of right to sue? (*check one*)

X Yes (*You must attach a copy of the notice of right to sue to this complaint*)

___ No

## F. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* economic damages, lost pay + benefits, compensatory damages, Remove negative remarks (I'm not allowed on school grounds) Punitive Damages

## G. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

4-5-2021
(Date)

(Form Revised December 2017)

4