# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-00986-WJM-MEH

GABRIELA J. WRIGHT,

    Plaintiff,

vs.

DOUGLAS COUNTY SCHOOL DISTRICT,

    Defendant.

_____

# STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

    Plaintiff Gabriela J. Wright and Defendant Douglas County School District, through their undersigned attorneys, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action, each party to pay their own costs and attorney's fees.

    Dated:  May 18, 2022

| | |
|---|---|
| *s/ David Lichtenstein* | *s/ Mary B. Gray* |
| David Lichtenstein | Mary B. Gray |
| Matt Molinaro | Semple, Farrington, Everall & Case, PC |
| Law Office of David Lichtenstein, LLC | 1120 Lincoln Street, Suite 1308 |
| 1556 Williams Street, Suite 100 | Denver, CO 80203 |
| Denver, CO 80218 | Telephone: (303) 595-0941 |
| Telephone: (303) 831-4750 | Email: mgray@semplelaw.com |
| Email: dave@lichtensteinlaw.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

1